## (May 22, 1942.)

In the Matter of the Judicial Settlement of the Accounts of RICHARD T. McGRATH, as Administrator, etc., of JENNIE MALONEY McGRATH, Deceased.— Decree so far as appealed from affirmed, with costs to the respondent payable out of the estate. All concur. (The portion of the decree appealed from settles the accounts of an administrator.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

M. FRANCES O'BRIEN, as Administratrix, etc., of ARTHUR B. O'BRIEN, Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Crosby, P. J., who dissents and votes for reversal and for dismissal of the complaint on the ground that the contributory negligence of decedent was established as a matter of law. (The judgment is for plaintiff in a railroad negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

JOSEPH WILSON, Respondent, v. ANNA E. SWEENEY and ROBERT SWEENEY, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies defendants' motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

KATHERINE WILSON, Respondent, v. ANNA E. SWEENEY and ROBERT SWEENEY, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies defendants' motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

OWEN MAGEE, Respondent, v. IDAH M. VAN HOUSEN, Appellant.— Judgment affirmed, with costs. All concur. (The judgment affirms a judgment of Justice Court, Town of Bath, in favor of plaintiff in an action to recover for labor performed.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.